| | |
|---|---|
| In the Matter of THE PETITION OF JOHN R. LEIVISKA AS THE OWNER OF A 2002 SEA-DOO XP PWC VESSEL AND A 2002 SEA-DOO GTX PWC VESSEL FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil No. 13-755 (JRT/LIB)<br><br>**ORDER** |

Thomas J. Evenson and Brian A. Wood, **LIND JENSEN SULLIVAN & PETERSON, PA**, 901 Marquette Avenue South, Suite 1300, Minneapolis, MN 55402, for petitioner.

**NOTICE IS HEREBY GIVEN** that John R. Leiviska, as the owner of a 2002 Sea-Doo XP PWC vessel and a 2002 Sea-Doo GTX PWC vessel, has filed a petition pursuant to 46 U.S.C. §§ 30501 *et seq.*, claiming the right to exoneration from or limitation of liability for any claims that have arisen or may arise out of an incident that occurred on the Mississippi River near Cohasset, Minnesota, on or about July 2, 2012 ("the incident"). The procedures governing such petitions are set forth in Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

All persons or entities having any claims relating to the incident must file their claims with the Clerk of Court for the United States District Court for the District of Minnesota, located at United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415; and serve their claims on petitioner's attorney, Brian A. Wood, Esq., Lind Jensen Sullivan & Peterson, PA, 1300 AT&T Tower, 901 Marquette Avenue South,

Minneapolis, MN 55402, on or before January 17, 2014. Each claim shall set forth the facts on which the claimant relies in support of the claim and indicate that the claim is in relation to civil case number 13-755. Any claim not filed and served by January 17, 2014 will be deemed forfeited.

If a claimant wishes to contest petitioner's right to avail himself of the protections of 46 U.S.C. § 30505 in this Court on any ground, the claimant shall file an answer to the petition [Docket No. 1] with the Clerk of Court and serve the answer on petitioner's attorney, unless the claimant's claim included an answer. The deadline for filing an answer is January 17, 2014.

The Court has accepted petitioner's bond, in the sum of seven thousand four hundred thirty seven dollars and thirty-one cents ($7,437.31) with interest thereon at six percent (6%) per annum from April 2, 2013, as the value of the vessels. Any claimant may by motion demand that the bond be increased on the ground that it is less than the value of petitioner's interest in the vessels.

DATED: September 18, 2013  
at Minneapolis, Minnesota.

                                                  s/ John R. Tunheim  
                                                  JOHN R. TUNHEIM  
                                                United States District Judge